UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


In re:                                    :        Chapter 13

    MICHAEL D. PRESS and            :
    SUZANN E. PRESS
            Debtors        :        Bky No.: 15-11796JKF

<u>WITHDRAWAL OF APPEARANCE FOR DEBTORS</u>

TO THE CLERK:

    Kindly withdraw my appearance as attorney for Debtors.


           /s/ Alan D. Budman
           Alan D. Budman

<u>ENTRY OF APPEARANCE FOR DEBTORS</u>

TO THE CLERK:

    Kindly enter my appearance as attorney for Debtors.


           /s/ Jon M. Adelstein
           Jon M. Adelstein
           Adelstein & Kaliner LLC
           350 S. Main St. Suite 105
           Doylestown, PA 18901
           (215)230-4250
           jadelstein@adelsteinkaliner.com