Certificate Number: 02921-PAE-DE-034005862

Bankruptcy Case Number: 15-11796



02921-PAE-DE-034005862

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 26, 2020</u>, at <u>9:54</u> o'clock <u>AM EST</u>, <u>Michael Press</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Counseling Center</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>January 27, 2020</u>         By:    <u>/s/Erica Librach</u>

                                      Name:  <u>Erica Librach</u>

                                      Title: <u>counselor</u>