Certificate Number: 02921-PAE-DE-034005866

Bankruptcy Case Number: 15-11796



02921-PAE-DE-034005866

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 26, 2020, at 9:54 o'clock AM EST, Suzann Press completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 27, 2020          By:    /s/Erica Librach

                                  Name:  Erica Librach

                                  Title: counselor