United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael D. Press  
Suzann E. Press  
    Debtors

Case No. 15-11796-elf  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 23, 2021 | Form ID: 138NEW | Total Noticed: 56 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael D. Press, Suzann E. Press, 126 Harding Road, Southampton, PA 18966-3209 |
| 13842866 | + | Alan D. Budman, Equire, 1150 Old York Road, Abington, PA 19001-3712 |
| 13490851 | + | Bank of America, P.O. Box 15796, Wilmington, DE 19886-5796 |
| 13490853 | + | Barclay Card Services, 125 S. West Street, Wilmington, DE 19801-5014 |
| 13490852 | + | Barclay Card Services, P.O. Box 1337, Philadelphia, PA 19105 |
| 13490854 | + | Best Buy, c/o HSBC Retail Services, P.O. Box 71106, Charlotte, NC 28272-1106 |
| 13490855 | + | Bill Me Later, PayPal Credit, Po Box 1058, Atlanta, GA 30301-1058 |
| 13490863 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot, P.O. Box 182676, Columbus, OH 43215 |
| 13532685 | | Capital One, N.A., c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13534261 | + | Cavalry SPVI LLC assignee Capital One Bank USA, NA, Bass Associates PC, 3936 E Fort Lowell Road Suite 200, Tucson, AZ 85712-1083 |
| 13490858 | + | Children's Place, 500 Plaza Drive, Secaucus, NJ 07094-3668 |
| 13490862 | + | Freedom Debit Relief, 4940 South Wendler Drive, Ste. 101, Tempe, AZ 85282-6312 |
| 13490864 | | Horsham Clinic, 772 East Butler Pike, Ambler, PA 19002 |
| 13490874 | + | Robert Marshall, 150 Grandview, Ivyland, PA 18974-6130 |
| 13490875 | | Sears Citibank CBNA, P.O. Box 185082, Columbus, OH 43218 |
| 13490878 | | Target, P.O. Box 660170, Dallas, TX 75266-0170 |
| 13540591 | | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 24 2021 04:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 24 2021 04:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 24 2021 04:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: bncmail@w-legal.com | Mar 24 2021 04:23:00 | Synchrony, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2021 03:29:35 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13490850 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2021 03:38:18 | Amazon, P.O. Box 960013, Orlando, FL 32896-0013 |
| 13513295 | + | Email/Text: bncmail@w-legal.com | Mar 24 2021 04:23:00 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, |

Case 15-11796-elf   Doc 40   Filed 03/25/21   Entered 03/26/21 00:54:51   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 23, 2021 | Form ID: 138NEW | Total Noticed: 56 |

| Recipient ID | Delivery Method | Date/Time | Address |
|---|---|---|---|
| | | | SEATTLE, WA 98121-3132 |
| 13513294 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 24 2021 04:23:00 | COMENITY CAPITAL BANK, C/O WEINSTEIN & RILEY, P.S., 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13490856 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 24 2021 03:29:42 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 13490859 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 24 2021 03:30:55 | Citi bank, Bankruptcy Department, 701 E. 60th Street N, PO Box 6034, Sioux Falls, SD 57117-6034 |
| 13561993 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 24 2021 03:21:54 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 13490860 | Email/PDF: creditonebknotifications@resurgent.com | Mar 24 2021 03:20:51 | Credit One, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 13490861 | Email/Text: mrdiscen@discover.com | Mar 24 2021 04:22:00 | Discover, P.O. Box 30943, Salt Lake City, UT 84130-0943 |
| 13518597 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 24 2021 03:30:48 | Department Stores National Bank For Macys Branded, Bankruptcy Processing, Po Box 8053, Mason, OH 45040 |
| 13490869 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 24 2021 03:30:22 | Macy's, Citibank, N.A., 701 E. 60th Street North, Sioux Falls, SD 57117 |
| 13496957 | Email/Text: mrdiscen@discover.com | Mar 24 2021 04:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13490865 | + Email/Text: bankruptcy@hsn.net | Mar 24 2021 04:23:00 | HSN, 1 HSN Drive, Saint Petersburg, FL 33729-0001 |
| 13490866 | + Email/PDF: gecsedi@recoverycorp.com | Mar 24 2021 03:29:34 | JC Penney, 6501 Legacy Dr., Plano, TX 75024-3698 |
| 13490857 | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 24 2021 03:29:38 | Chase Bank, P.O. Box 15153, Wilmington, DE 19886 |
| 13490870 | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 24 2021 03:20:44 | Pier One, 100 Pier 1 Place, Fort Worth, TX 76102 |
| 13490867 | + Email/Text: BKRMailOPS@weltman.com | Mar 24 2021 04:23:00 | Kay Jewelers, PO Box 740425, Cincinnati, OH 45274-0425 |
| 13490868 | Email/Text: PBNCNotifications@peritusservices.com | Mar 24 2021 04:22:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 13565223 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 24 2021 03:20:53 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13569143 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 24 2021 03:29:46 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13490872 | + Email/PDF: gecsedi@recoverycorp.com | Mar 24 2021 03:29:34 | QVC, Po Box 965017, Orlando, FL 32896-5017 |
| 13490873 | + Email/PDF: gecsedi@recoverycorp.com | Mar 24 2021 03:29:34 | QVC Card, PO Box 530905, Atlanta, GA 30353-0905 |
| 13504992 | Email/Text: bnc-quantum@quantum3group.com | Mar 24 2021 04:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13494696 | Email/Text: bnc-quantum@quantum3group.com | Mar 24 2021 04:23:00 | Quantum3 Group LLC as agent for, Sterling Jewelers Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 13490871 | + Email/Text: bankruptcyteam@quickenloans.com | Mar 24 2021 04:23:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 13518204 | + Email/Text: bankruptcyteam@quickenloans.com | Mar 24 2021 04:23:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 13499372 | Email/PDF: ais.sprint.ebn@americaninfosource.com | Mar 24 2021 03:29:40 | Sprint, Attn Bankruptcy Dept, PO Box 7949, |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 23, 2021 | Form ID: 138NEW | Total Noticed: 56 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Overland Park KS 66207-0949 |
| 13490876 | | Email/PDF: ais.sprint.ebn@americaninfosource.com | Mar 24 2021 03:29:42 | Sprint, P.O. Box 4191, Carol Stream, IL 60197 |
| 14240520 | + | Email/Text: bncmail@w-legal.com | Mar 24 2021 04:23:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 13490877 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2021 03:29:34 | Synchrany Bank, PO Box 530905, Atlanta, GA 30353-0905 |
| 13498463 | | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2021 03:29:34 | Synchrony Bank, c/o Recovery Management Systems Corp., 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13513287 | + | Email/Text: bncmail@w-legal.com | Mar 24 2021 04:23:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13490879 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2021 03:38:18 | TJX Companies, 770 Cochituate Road, Framingham, MA 01701-4698 |
| 13490880 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 24 2021 04:23:00 | Victoria Secret, c/o Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 13490881 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2021 03:38:18 | Walmart, 702 SW 8th St, Bentonville, AR 72716-6299 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13540592 | * | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2021         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor Quicken Loans Inc. agornall@kmllawgroup.com bkgroup@kmllawgroup.com |
| JON M. ADELSTEIN | on behalf of Debtor Michael D. Press jadelstein@adelsteinkaliner.com jsbamford@adelsteinkaliner.com |
| JON M. ADELSTEIN | on behalf of Joint Debtor Suzann E. Press jadelstein@adelsteinkaliner.com jsbamford@adelsteinkaliner.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 23, 2021 | Form ID: 138NEW | Total Noticed: 56 |

KEVIN G. MCDONALD
 on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER
 on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
 on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

THOMAS I. PULEO
 on behalf of Creditor Quicken Loans Inc. tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
 on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
 ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Michael D. Press and Suzann E. Press
        Debtor(s)                                           Bankruptcy No: 15−11796−elf
                                                            Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                            Suite 400
                       Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                         For The Court
                                                               Timothy B. McGrath
                                                                  Clerk of Court

Dated: 3/23/21

                                                                                                           39 − 38
                                                                                      Form 138_new