OneSource Virtual
9001 Cypress Waters Blvd
Dallas, TX-75019

onesource
VIRTUAL

Employment Status Notification

September 17, 2021



Ch 13 Trustee
900 Market St, Ste 400
Philadelphia, PA 19107
United States

SEP 2 7 2021

RE:    Suzann Press
Case ID:   15-11796-elf

Dear Sir/Madam:

On behalf of The Children's Place, Inc., we are hereby notifying you that the above mentioned individual is not known to be a current or former employee.



Should you have any questions regarding this notification, please send an email to OSVGarnishment@onesourcevirtual.com and reference both the Company/Employer, Employee, and Case/Withholding Order ID.

Best Regards,

OneSource Virtual
Garnishment Department

300641,Termination,NFL-680342